# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZALEZ 9004, LLC, <br>     Plaintiff, <br> v. <br> SERGIO FIERRO, <br>     Defendant. | Case No. 16-cv-02881-BLF <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; AND REMANDING CASE TO MONTEREY COUNTY SUPERIOR COURT** <br><br> [Re: ECF 5] |

The Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on May 31, 2016, ECF 5, is ADOPTED in its entirety.  For the reasons set forth in the Report and Recommendation, and absent any objection by Defendant, the case is REMANDED to the Monterey County Superior Court.

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
BETH LABSON FREEMAN
United States District Judge